UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80004-T/P-HURLEY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VINCENT STANTON NORMAN,

Defendant.       /



## *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on September 2, 2011, for a final hearing on the Petition on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Standard Condition, by failing to submit a truthful and complete monthly supervision report .

The defendant's monthly supervision reports for the months of July 2010 through November 2010, contain false information regarding employment income, contrary to Title 18 § 1001. When in fact, evidence and statements from former employer VICO Painting indicate this to false.

2. Violation of Mandatory Condition, by failing to satisfy the court-ordered restitution .

On September 18, 2002, restitution in the amount of $173,796.52 was ordered by the Court, to be paid at a rate of 10% of his gross monthly earnings. However, by willfully under reporting his gross monthly earnings, the defendant also willfully paid substantially less than the court-ordered monthly restitution amount and is currently $2,267 in arrears.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that VINCENT STANTON NORMAN be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 2nd day of September, 2011.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

c: The Honorable Daniel T.K. Hurley
Robert Waters, AUSA
Peter Birch, AFPD
Viviana Bibliowicz-USPO