*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

CASE NO. 08-80004-T/P-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

VINCENT S. NORMAN,
    Defendant.
_____/

## *ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 71]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Monday, October 3, 2011, at 11:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 15th day of September, 2011.

**copy furnished:**
AUSA Robert H. Waters, Jr.
AFPD Samuel J. Smargon
United States Marshal's Service
United States Probation Office

                                        Daniel T. K. Hurley
                                     United States District Judge